IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>    Plaintiff,<br>v.<br><br>TERRENCE F. SHEEHY, Deputy AG,<br><br>    Defendants. | Civil No. 07cv1598 BEN (PCL)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME (Doc. 20.)** |

For good cause shown, Plaintiff's motion for an extension of time is hereby granted. Any opposition to Defendant's Motion to Dismiss should be filed by July 12, 2008.

IT IS SO ORDERED.

DATE: June 26, 2008

Peter C. Lewis
U.S. Magistrate Judge
United States District Court

Cc:    The Honorable Benitez
       All Parties and Counsel of Record

1